CLAUDIA POLSKY (CA Bar No. 185505)
Environmental Law Clinic
UC Berkeley School of Law
434 Boalt Hall (North Addition)
Berkeley, CA 94720-7200
Phone: (510) 642-5398
Fax: (510) 643-4625
Email: cpolsky@law.berkeley.edu

*Counsel for Plaintiffs ALERT Project/Earth Island Institute, Alaska Community Action on Toxics, Cook Inletkeeper, Rosemary Ahtuangaruak, and Kindra Arnesen*

KRISTEN MONSELL (CA Bar No. 304793)
Email: kmonsell@biologicaldiversity.org
Center for Biological Diversity
1212 Broadway, Suite 800
Oakland, CA 94612-1810
Phone: (510) 844-7137
Fax: (510) 844-7150

*Counsel for Plaintiff Center for Biological Diversity*

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALERT PROJECT, EARTH ISLAND INSTITUTE; ALASKA COMMUNITY ACTION ON TOXICS; COOK INLETKEEPER; CENTER FOR BIOLOGICAL DIVERSITY; ROSEMARY AHTUANGARUAK; AND KINDRA ARNESEN, <br><br> Plaintiffs, <br><br> vs. <br><br> ANDREW WHEELER, in his official capacity as Administrator of the United States Environmental Protection Agency; and the UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, <br><br> Defendants. | Case No.: **3:20-cv-00670-WHO** <br><br> **AFFIDAVIT OF SERVICE OF PROCESS, CASE MANAGEMENT CONFERENCE ORDER, JUDGE'S STANDING ORDERS, AND ADDITIONAL DOCUMENTS** |

I, Claudia Polsky, hereby state that:

I served each of the below-listed documents by the means indicated on each of the following:

    Andrew Wheeler, Administrator
    U.S. Environmental Protection Agency
    William Jefferson Clinton Building
    1200 Pennsylvania Avenue, N.W.
    Mail Code: 1101A
    Washington, DC 20460

    U.S. Environmental Protection Agency
    William Jefferson Clinton Building
    1200 Pennsylvania Avenue, N.W.
    Mail Code: 1101A
    Washington, DC 20460

    Civil Process Clerk
    U.S. Attorney's Office
    for the Northern District of California
    450 Golden Gate Ave.
    San Francisco, CA 94102

    William Barr, Attorney General
    U.S. Department of Justice
    950 Pennsylvania Ave. NW
    Washington, D.C. 20530-0001

On Feb. 4, 2020, I served by Certified Mail, return receipt requested:

- Summons
- Complaint
- Corporate Disclosure Statement and Certificate of Interested Parties
- The brochure, "Consenting to a Magistrate Judge's Jurisdiction in the Northern District of California"
- Magistrate Consent or Declination Form and Instructions
- Civil Standing Order for Magistrate Judge Thomas S. Hixson
- Order Setting Initial Case Management Conference and ADR Deadlines

On February 13, 2020, I served by U.S. First Class mail, postage prepaid:

- Magistrate Consent or Declination Form electronically filed by Plaintiffs

1

AFFIDAVIT OF SERVICE OF PROCESS, CASE MANAGEMENT CONFERENCE ORDER,
JUDGE'S STANDING ORDERS, AND ADDITIONAL DOCUMENTS
3:20-CV-00670-WHO

On February 19, 2020, I served by U.S. First Class mail, postage prepaid:

- Case Management Conference Order
- Judge Orrick's Standing Orders for Civil Cases

The attached certified mail tracking postcard and certified mail tracking record indicates that the U.S. Attorney's Office received the summons, complaint, and associated documents on February 6, 2020.

The attached certified mail tracking records indicate that the Attorney General, the Administrator of U.S. Environmental Protection Agency, and the Environmental Protection Agency all received the summons, complaint, and associated documents on February 10, 2020.

Dated: February 20, 2020

Respectfully submitted,
/s/ Claudia Polsky
CLAUDIA POLSKY (CA Bar No. 185505)
Environmental Law Clinic
UC Berkeley School of Law
434 Boalt Hall (North Addition)
Berkeley, CA 94720-7200
Phone: (510) 643-5398
Fax: (510) 643-5398
Email: cpolsky@law.berkeley.edu
*Counsel for Plaintiffs*

2

AFFIDAVIT OF SERVICE OF PROCESS, CASE MANAGEMENT CONFERENCE ORDER,
JUDGE'S STANDING ORDERS, AND ADDITIONAL DOCUMENTS
3:20-CV-00670-WHO

# CERTIFICATE OF SERVICE

I hereby certify that on February 20, 2020, a copy of the foregoing AFFIDAVIT OF SERVICE OF PROCESS, CASE MANAGEMENT CONFERENCE ORDER, JUDGE'S STANDING ORDERS, AND ADDITIONAL DOCUMENTS was served by U.S. Mail on:

Andrew Wheeler, Administrator
U.S. Environmental Protection Agency
William Jefferson Clinton Building
1200 Pennsylvania Avenue, N.W.
Mail Code: 1101A
Washington, DC 20460

U.S. Environmental Protection Agency
William Jefferson Clinton Building
1200 Pennsylvania Avenue, N.W.
Mail Code: 1101A
Washington, DC 20460

Civil Process Clerk
U.S. Attorney's Office
for the Northern District of California
450 Golden Gate Ave.
San Francisco, CA 94102

William Barr, Attorney General
U.S. Department of Justice
950 Pennsylvania Ave. NW
Washington, D.C. 20530-0001

Dated: February 20, 2020          Respectfully submitted,

/s/ Claudia Polsky
CLAUDIA POLSKY (CA Bar No. 185505)
Environmental Law Clinic
UC Berkeley School of Law
434 Boalt Hall (North Addition)
Berkeley, CA 94720-7200
Phone: (510) 643-5398  Fax: (510) 643-5398
Email: cpolsky@law.berkeley.edu

3

AFFIDAVIT OF SERVICE OF PROCESS, CASE MANAGEMENT CONFERENCE ORDER, JUDGE'S STANDING ORDERS, AND ADDITIONAL DOCUMENTS
3:20-CV-00670-WHO