MARK ALBERT RIGAU (CA Bar Number 223610)
Senior Trial Counsel
Environmental Defense Section
United States Department of Justice
301 Howard Street, Suite 1050
San Francisco, California 94105
Tel: (415) 744-6487
Tel: (415) 744-6476
E-mail: mark.rigau@usdoj.gov

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALERT PROJECT/EARTH ISLAND INSTITUTE; ALASKA COMMUNITY ACTION ON TOXICS; COOK INLETKEEPER; CENTER FOR BIOLOGICAL DIVERSITY; ROSEMARY AHTUANGARUAK; AND KINDRA ARNESEN,<br><br>    Plaintiffs,<br>vs.<br><br>ANDREW WHEELER, in his official capacity as Administrator of the United States Environmental Protection Agency; and the UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,<br><br>    Defendants. | Case No. 3:20-cv-00670-WHO<br><br>**EPA'S NOTICE OF NON-OPPOSITION TO MOTION FOR LEAVE TO INTERVENE BY AMERICAN PETROLEUM INSTITUTE**<br><br>**Hearing Date and Time:  May 13, 2020 at 2:00 p.m.**<br><br>**Location:  Courtroom 2 – 17th Floor, San Francisco Courthouse**<br><br>**NOTICE: Pursuant to General Order 72, all civil matters will be decided on the papers, unless the assigned judge determines a telephonic or videoconference hearing is necessary.** |

Defendants the United States Environmental Protection Agency and its Administrator (collectively, "EPA") respectfully submit this Notice of Non-Opposition to the Motion to Intervene [ECF No. 23] filed by the American Petroleum Institute, as follows:

EPA takes no position on the motion.

Respectfully submitted this 21st day of April, 2020.

By: /s/ *Mark Albert Rigau*
MARK ALBERT RIGAU
Senior Trial Counsel
Environmental Defense Section
United States Department of Justice
*Counsel for Defendants*

**CERTIFICATE OF SERVICE**

On April 21, 2020, the undersigned electronically submitted the foregoing document with the Clerk of Court for the U.S. District Court for the Northern District of California, using the electronic case filing system of the Court. The undersigned hereby certifies that all counsel of record have been electronically served in accordance with Federal Rule of Civil Procedure 5(b)(2).

/s/ *Mark Albert Rigau*