MARK ALBERT RIGAU (CA Bar Number 223610)
Senior Trial Counsel
Environmental Defense Section
Environment and Natural Resources Division
United States Department of Justice
301 Howard Street, Suite 1050
San Francisco, California 94105
Tel: (415) 744-6487
Tel: (415) 744-6476
E-mail: mark.rigau@usdoj.gov

*Counsel for Defendants*

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALERT PROJECT/EARTH ISLAND INSTITUTE; ALASKA COMMUNITY ACTION ON TOXICS; COOK INLETKEEPER; CENTER FOR BIOLOGICAL DIVERSITY; ROSEMARY AHTUANGARUAK; AND KINDRA ARNESEN,<br><br>              Plaintiffs,<br><br>vs.<br><br>ANDREW WHEELER, in his official capacity as Administrator of the United States Environmental Protection Agency; and the UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,<br><br>              Defendants. | Case No. 3:20-cv-00670-WHO<br><br>**STIPULATION FOR EXTENSION OF TIME TO LODGE INDEX TO THE ADMINISTRATIVE RECORD; [PROPOSED] ORDER** |

Pursuant to Civil Local Rules 7-11 and 7-12, Defendants Andrew Wheeler, in his official capacity as Administrator of the United States Environmental Protection Agency; and the United States Environmental Protection Agency ("EPA") and Plaintiffs ALERT Project/Earth Island Institute, Alaska Community Action on Toxics, Cook Inletkeeper, the Center for Biological Diversity, Rosemary Ahtuangaruak, and Kindra Arnesen ("Plaintiffs") respectfully submit this stipulated request that the Court enlarge the time for EPA to file the Index to the Administrative Record. Specifically, the Parties request that the deadline established in the Joint Rule 26(f) Report and Initial Case Management Statement be extended from July 16, 2020 to August 21, 2020. This requested extension is needed to allow the Parties time to attempt to resolve the contents of EPA's Administrative Record without further involvement from the Court.

On April 21, 2020, the Parties submitted the Joint Rule 26(f) Report and Initial Case Management Statement ("Joint Report"). Dkt. No. 30. On April 23, 2020, the Court issued an order vacating the Case Management Conference and adopting the schedule proposed by the Parties in the Joint Report. Dkt. No. 31. In the Joint Report, the Parties provided good faith estimates of the time needed to accomplish certain procedural matters so that the case could proceed efficiently. The timing of the proposed schedule was set by the Court's ruling on EPA's motion to dismiss. During the exchange of information, the Parties recognized that additional time would be necessary for EPA to respond to Plaintiffs' request to include documents they believe should be part of the record, and for EPA to lodge a certified list of record documents, which based on calculations provided in the Joint Report is due on July 16, 2020. *See* Dkt. No. 30 at 5. Because of the unanticipated challenges relating to access to records, EPA needs additional time to certify the record. In addition, Plaintiffs have identified documents for inclusion in the administrative record or for extra-record consideration, and the Parties are currently working to resolve issues regarding those documents. The Parties believe that the stipulated extension is necessary to complete those discussions and that the extension could obviate or at least narrow any motions practice regarding the documents the Court

Stipulation for Extension of Time to Lodge
Index to the Administrative Record
Case: 3:20-cv-00670-WHO

1

should consider in this matter.

The Parties have not requested any previous modification to the Case Management Schedule.  The requested extension will not impact any established proceedings and will allow the Parties time to attempt to resolve document issues through negotiation.  In the event the Parties are unable to agree on any specific documents, the issue can be resolved through a motion to the Court.

For the foregoing reasons, the Parties stipulate to and respectfully request that the Court enter an order extending the deadline for EPA to lodge a certified index to the record documents and note whether the Parties agreed to the record's contents until August 21, 2020.  A Proposed Order is attached hereto.

Dated:  July 15, 2020                              Respectfully submitted,

By:   /s/ Mark A. Rigau

MARK A. RIGAU (CA Bar No. 223610)
U.S. Department of Justice
*Counsel for Defendants*

/s/ Claudia Polsky

CLAUDIA POLSKY (CA Bar No. 185505)
Environmental Law Clinic
UC Berkeley School of Law
434 Boalt Hall (North Addition)
Berkeley, CA 94720-5398
Phone: (510) 642-5398
Email: cpolsky@law.berkeley.edu
*Counsel for Plaintiffs ALERT Project/Earth Island Institute, Alaska Community Action on Toxics, Cook Inletkeeper, Rosemary Ahtuangaruak, and Kindra Arnesen*

/s/ Kristen Monsell

KRISTEN MONSELL (CA Bar No. 304793)
Center for Biological Diversity
1212 Broadway, Suite 800
Oakland, CA 94612-1810

Stipulation for Extension of Time to Lodge
Index to the Administrative Record
Case: 3:20-cv-00670-WHO

2

Phone: (510) 844-7137
Email: kmonsell@biologicaldiversity.org
*Counsel for Plaintiff Center for Biological Diversity*

Stipulation for Extension of Time to Lodge
Index to the Administrative Record
Case: 3:20-cv-00670-WHO

3

**ATTESTATION PURSUANT TO LOCAL RULE 5-1**

I, Mark Rigau, am the ECF User whose identification and password are being used to file the foregoing Stipulation for Extension of Time to Lodge Index to the Administrative Record. Pursuant to Local Rule 5-1(i)(3), I hereby attest that the other signatories have concurred in this filing.

Dated: July 15, 2020

/s/ Mark A. Rigau
Mark A. Rigau

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALERT PROJECT/EARTH ISLAND INSTITUTE; ALASKA COMMUNITY ACTION ON TOXICS; COOK INLETKEEPER; CENTER FOR BIOLOGICAL DIVERSITY; ROSEMARY AHTUANGARUAK; AND KINDRA ARNESEN,<br><br>    Plaintiffs,<br>vs.<br><br>ANDREW WHEELER, in his official capacity as Administrator of the United States Environmental Protection Agency; and the UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,<br><br>    Defendants. | Case No. 3:20-cv-00670-WHO<br><br>**[PROPOSED] ORDER** |

Based upon the stipulation of the parties, and the files, records, and proceedings in this matter, the date for EPA to lodge the index to the administrative record is extended to August 21, 2020.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____

_____
William H. Orrick
United States District Judge