UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALERT PROJECT/EARTH ISLAND INSTITUTE; ALASKA COMMUNITY ACTION ON TOXICS; COOK INLETKEEPER; CENTER FOR BIOLOGICAL DIVERSITY; ROSEMARY AHTUANGARUAK; AND KINDRA ARNESEN,<br><br>     Plaintiffs,<br><br>vs.<br><br>ANDREW WHEELER, in his official capacity as Administrator of the United States Environmental Protection Agency; and the UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,<br><br>     Defendants. | Case No. 3:20-cv-00670-WHO<br><br>**ORDER** |

Based upon the stipulation of the parties, and the files, records, and proceedings in this matter, the date for EPA to lodge the index to the administrative record is extended to August 21, 2020.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: July 16, 2020

_____
William H. Orrick
United States District Judge