**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| ALERT PROJECT/EARTH ISLAND INSTITUTE; ALASKA COMMUNITY ACTION ON TOXICS; COOK INLETKEEPER; CENTER FOR BIOLOGICAL DIVERSITY; ROSEMARY AHTUANGARUAK; AND KINDRA ARNESEN,<br><br>              Plaintiffs,<br><br>vs.<br><br>ANDREW WHEELER, in his official capacity as Administrator of the United States Environmental Protection Agency; and the UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,<br><br>              Defendants. | Case No. 3:20-cv-00670-WHO<br><br>**ORDER** |

Based upon the Parties' Scheduling Stipulation of September 15, 2020, summary judgment briefing in this matter shall proceed as follow:

- Plaintiffs file a motion for summary judgment on **Friday, February 19, 2021;**

- Defendants file a combined cross-motion for summary judgment and opposition to Plaintiffs' motion for summary judgment on **Tuesday, March 23, 2021;**

- Plaintiffs file a combined reply in support of their motion for summary judgment and opposition to Defendants' cross-motion for summary judgment on **Tuesday, April 6, 2021;**

- Defendants file a reply in support of their summary judgment motion on **Tuesday, April 20, 2021.**

- *The hearing will be on Wednesday,* **May 5, 2021** *at 2:00 p.m.*

**PURSUANT TO STIPULATION, as modified above, IT IS SO ORDERED.**

Dated: September 15, 2020



William H. Orrick
United States District Judge