CLAUDIA POLSKY (CA Bar No. 185505)
Environmental Law Clinic
UC Berkeley School of Law
434 Law Building (North Addition)
Berkeley, CA 94720-7200
Phone: (510) 642-5398
Fax: (510) 643-4625
Email: cpolsky@law.berkeley.edu
*Counsel for Plaintiffs ALERT Project/Earth Island Institute, Alaska Community Action on Toxics, Cook Inletkeeper, Rosemary Ahtuangaruak, and Kindra Arnesen*

KRISTEN MONSELL (CA Bar No. 304793)
Center for Biological Diversity
1212 Broadway, Suite 800
Oakland, CA 94612-1810
Phone: (510) 844-7137
Fax: (510) 844-7150
Email: kmonsell@biologicaldiversity.org
*Counsel for Plaintiff Center for Biological Diversity*

MARK RIGAU (CA Bar No. 223610)
MARTHA MANN
Mark A. Rigau
United States Department of Justice
Environment and Natural Resources Division
Environmental Defense Section
450 Golden Gate Avenue,
Suite 07-6714 (U.S. Mail only)
San Francisco, California 94102
Phone: (415) 744-6487
Email: mark.rigau@usdoj.gov
*Counsel for Defendants*

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALERT PROJECT/EARTH ISLAND INSTITUTE; ALASKA COMMUNITY ACTION ON TOXICS; COOK INLETKEEPER; CENTER FOR BIOLOGICAL DIVERSITY; ROSEMARY AHTUANGARUAK; AND KINDRA ARNESEN, <br><br> Plaintiffs, <br><br> vs. <br><br> JANE NISHIDA, in her official capacity as Acting Administrator of the United States Environmental Protection Agency; and the UNITED STATES ENVIRONMENTAL PROTECTION AGENCY, <br><br> Defendants. | Case No.: 3:20-cv-00670-WHO <br><br> **JOINT PROPOSAL REGARDING SCHEDULE** |

Joint proposal re: schedule
 3:20-cv-00670-WHO

Pursuant to this Court's Order directing the parties to jointly file a proposed briefing schedule, ECF No. 58, Plaintiffs ALERT Project/Earth Island Institute, Alaska Community Action on Toxics, Cook Inletkeeper, the Center for Biological Diversity, Rosemary Ahtuangaruak, and Kindra Arnesen (collectively "Plaintiffs") and Defendants the United States Environmental Protection Agency ("EPA") and Acting Administrator Jane Nishida (collectively, "Defendants," and together with Plaintiffs, "the Parties") hereby propose the following schedule for briefing deadlines and hearing date.

**Proposal for Revised Schedule**

The Parties stipulate to and propose the following schedule:

- Plaintiffs file a motion for summary judgment on **Tuesday, April 20, 2021**;
- Defendants file a combined cross-motion for summary judgment and opposition to Plaintiffs' motion for summary judgment on **Thursday, May 20, 2021**;
- Plaintiffs file a combined reply in support of their motion for summary judgment and opposition to Defendants' cross-motion for summary judgment on **Thursday, June 3, 2021**;
- Defendants file a reply in support of their summary judgment motion on **Thursday, June 17, 2021**.
- The Court will hear argument on the Parties' motions on **Wednesday, July 7, 2021**, or as soon thereafter as its calendar allows.

DATED: March 5, 2021  Respectfully submitted,

/s/ Claudia Polsky
Claudia Polsky
Environmental Law Clinic
UC Berkeley School of Law
*Counsel for Plaintiffs ALERT Project/Earth Island Institute, Alaska Community Action on Toxics, Cook Inletkeeper, Rosemary Ahtuangaruak, and Kindra Arnesen*

/s/ Kristen Monsell
Kristen Monsell
Center for Biological Diversity
*Counsel for Plaintiff Center for Biological Diversity*

/s/ Mark Albert Rigau
Mark Albert Rigau
Environmental Defense Section
Environment and Natural Resources Div.
U.S. Department of Justice
*Counsel for Defendants*

## **ATTESTATION PURSUANT TO LOCAL RULE 5-1**

I, Claudia Polsky, am the ECF user whose identification and password are being used to file the foregoing Joint Proposal Regarding Schedule. Pursuant to Local Rule 5-1(i)(3), I hereby attest that the other signatories have concurred in this filing.

Dated: March 5, 2021

/s/ Claudia Polsky
Claudia Polsky

Joint proposal re: schedule
3:20-cv-00670-WHO