# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALERT PROJECT/EARTH ISLAND INSTITUTE; ALASKA COMMUNITY ACTION ON TOXICS; COOK INLETKEEPER; CENTER FOR BIOLOGICAL DIVERSITY; ROSEMARY AHTUANGARUAK; AND KINDRA ARNESEN,<br><br>　　　　s,<br><br>.<br><br>JANE NISHIDA, in her official capacity as Acting Administrator of the United States Environmental Protection Agency; and the UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,<br><br>　　　　Defendants. | : 3:20-cv-00670-WHO<br><br>**ORDER** |

Proposed Order
 3:20-cv-00670-WHO

Based upon the Parties' Proposed Briefing Schedule of March 5, 2021, summary judgment briefing in this matter shall proceed as follow:

- Plaintiffs file a motion for summary judgment on **Tuesday, April 20, 2021**;

- Defendants file a combined cross-motion for summary judgment and opposition to Plaintiffs' motion for summary judgment on **Thursday, May 20, 2021**;

- Plaintiffs file a combined reply in support of their motion for summary judgment and opposition to Defendants' cross-motion for summary judgment on **Thursday, June 3, 2021**;

- Defendants file a reply in support of their summary judgment motion on **Thursday, June 17, 2021**.

- The Court will hear argument on the Parties' motions on **Wednesday, July 7, 2021**, or as soon thereafter as its calendar allows.

**IT IS SO ORDERED.**

Dated: March 8, 2021

Hon. William H. Orrick
United States District Judge

Proposed Order
3:20-cv-00670-WHO