JEAN E. WILLIAMS
Acting Assistant Attorney General
MARK A. RIGAU (CA Bar Number 223610)
MARTHA C. MANN (FL Bar Number 155950)
Environmental Defense Section
United States Department of Justice
450 Golden Gate Avenue
Suite 07- 6714
San Francisco, California 94102
Tel: (415) 744-6487 (Rigau)
Tel: (415) 744-6476
E-mail: mark.rigau@usdoj.gov
　　　　martha.mann@usdoj.gov

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALERT PROJECT/EARTH ISLAND INSTITUTE; ALASKA COMMUNITY ACTION ON TOXICS; COOK INLETKEEPER; CENTER FOR BIOLOGICAL DIVERSITY; ROSEMARY AHTUANGARUAK; AND KINDRA ARNESEN,<br><br>　　　　Plaintiffs,<br>v.<br><br>MICHAEL S. REGAN, in his official capacity as Administrator of the United States Environmental Protection Agency; and the UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,<br><br>　　　　Defendants. | Case No. 3:20-cv-00670-WHO<br><br>**EPA'S NOTICE OF FINAL AGENCY ACTION:  THE NATIONAL CONTINGENCY PLAN SUBPART J MONITORING REQUIREMENTS**<br><br>Hearing date:  July 7, 2021<br>Time: 2:00 PM<br>Dept: [Courtroom 2, 17th Floor San Francisco Courthouse]<br>*Via Zoom unless otherwise indicated*<br>Judge: Hon. William H. Orrick |

Defendant Michael S. Regan, in his official capacity as Administrator of the United States Environmental Protection Agency and the United States Environmental Protection Agency (collectively "EPA") hereby notify the Court that on July 6, 2021,[1] EPA Administrator Michael S. Regan signed the attached Pre-Publication Notice for the Federal Register document titled: "National Oil and Hazardous Substances Pollution Contingency Plan, Subpart J Monitoring Requirements." A copy is attached hereto as Exhibit A. The rulemaking is discussed in EPA's cross motion for summary judgment, ECF 64-1 at 21, the supporting declaration of EPA's Acting Director of the Office of Emergency Management, Donna Kathleen Salyer, ECF 64-4 at 11-13, and reply brief, ECF 67 at 13-14.

The final rule establishes requirements for monitoring dispersant use in atypical situations. In this rule, EPA is taking final action on one portion of the 2015 Proposed Rule referenced in the complaint and the parties' summary judgment briefing.

Dated: July 6, 2021

JEAN E. WILLIAMS
Acting Assistant Attorney General

_Mark A. Rigau_
MARK A. RIGAU (CA Bar No. 223610)
MARTHA C. MANN (FL Bar Number 155950)
Environmental Defense Section
United States Department of Justice
450 Golden Gate Avenue
Suite 07-6714
San Francisco, California 94102
Tel: (415) 744-6487 (Rigau)
Tel: (415) 744-6476
E-mail: mark.rigau@usdoj.gov
          martha.mann@usdoj.gov

---

[1] The cover page of the Pre-Publication Notice has a typographical error stating that the document was signed on June 1, 2021. Page 108 of the rule demonstrates that the Administrator's signature is dated July 6, 2021.

EPA's Notice of Final Agency Action:
The NCP Subpart J Monitoring Requirements
Case No. 3:20-cv-00670-WHO

1