UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EARTH ISLAND INSTITUTE, et al., <br><br> Plaintiffs, <br><br> v. <br><br> MICHAEL S. REGAN, et al., <br><br> Defendants. | Case No. 20-cv-00670-WHO <br><br> **JUDGMENT** <br><br> Re: Dkt. No. 63 |

Judgment is hereby entered in accordance with the Court's August 9, 2021 Order on the Motion for Summary Judgment.

**IT IS SO ORDERED.**

Dated: August 9, 2021



WILLIAM H. ORRICK
United States District Judge