TODD KIM
Assistant Attorney General

MARK A. RIGAU (CA Bar Number 223610)
MARTHA C. MANN (FL Bar Number 155950)
Environmental Defense Section
United States Department of Justice
450 Golden Gate Avenue
Suite 07-6714
San Francisco, California 94102
Tel: (415) 744-6487 (Rigau)
Fax: (415) 744-6476
E-mail: mark.rigau@usdoj.gov
         martha.mann@usdoj.gov

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALERT PROJECT/EARTH ISLAND INSTITUTE; ALASKA COMMUNITY ACTION ON TOXICS; COOK INLETKEEPER; CENTER FOR BIOLOGICAL DIVERSITY; ROSEMARY AHTUANGARUAK; AND KINDRA ARNESEN,<br><br>         Plaintiffs,<br><br>v.<br><br>MICHAEL S. REGAN, in his official capacity as Administrator of the United States Environmental Protection Agency; and the UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,<br><br>         Defendants. | Case No. 3:20-cv-00670-WHO<br><br>**NOTICE OF APPEAL** |

Notice is hereby given that pursuant to Rule 4(a)(1)(B) of the Federal Rules of Appellate Procedure, Defendants the United States Environmental Protection Agency and Michael S.

Regan, in his official capacity as Administrator, appeal to the United States Court of Appeals for the Ninth Circuit from this Court's Order entered June 2, 2020 (Dkt. No. 42), and this Court's Order and Judgment entered on August 9, 2021 (Dkt. Nos. 73, 74).

Date:  October 7, 2021                                Respectfully submitted,

                                                      TODD KIM
                                                      Assistant Attorney General

                                                      _____s/ Mark A. Rigau_____
                                                      By:  MARK A. RIGAU (CA Bar No. 223610)
                                                      MARTHA C. MANN (FL Bar Number 155950)
                                                      Environmental Defense Section
                                                      United States Department of Justice
                                                      450 Golden Gate Avenue
                                                      Suite 07-6414
                                                      San Francisco, California 94102
                                                      Tel: (415) 744-6487 (Rigau)
                                                      Fax: (415) 744-6476
                                                      E-mail: mark.rigau@usdoj.gov
                                                              martha.mann@usdoj.gov