|  |  |
|---|---|
| UNITED STATES COURT OF APPEALS<br><br>FOR THE NINTH CIRCUIT | **FILED**<br><br>NOV 19 2021<br><br>MOLLY C. DWYER, CLERK<br>U.S. COURT OF APPEALS |

| | |
|---|---|
| EARTH ISLAND INSTITUTE; et al.,<br><br>        Plaintiffs-Appellees,<br><br> v.<br><br>MICHAEL S. REGAN, in his official capacity as Administrator of the United States Environmental Protection Agency; U.S. ENVIRONMENTAL PROTECTION AGENCY,<br><br>        Defendants-Appellants. | No.   21-16671<br><br>D.C. No. 3:20-cv-00670-WHO<br>Northern District of California,<br>San Francisco<br><br>ORDER |

The dial-in telephone assessment conference previously scheduled for November 22, 2021, is canceled.

Appellant's motion to dismiss this appeal (Docket Entry No. 7) is granted. Fed. R. App. P. 42(b). The parties shall bear their own costs and attorneys' fees on appeal.

A copy of this order shall serve as and for the mandate of this court.

                        FOR THE COURT:


                        By: Kyungah Suk
                        Circuit Mediator