TODD KIM
Assistant Attorney General
MARK A. RIGAU (CA Bar Number 223610)
MARTHA C. MANN (FL Bar Number 155950)
Environmental Defense Section
Environment and Natural Resources Division
United States Department of Justice
450 Golden Gate Avenue
Suite 07-6714
San Francisco, California 94102
Tel: (415) 744-6487 (Rigau)
Fax: (415) 552-7005
E-mail: mark.rigau@usdoj.gov
         martha.mann@usdoj.gov

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALERT PROJECT/EARTH ISLAND INSTITUTE; ALASKA COMMUNITY ACTION ON TOXICS; COOK INLETKEEPER; CENTER FOR BIOLOGICAL DIVERSITY; ROSEMARY AHTUANGARUAK; AND KINDRA ARNESEN,<br><br>        Plaintiffs,<br>v.<br><br>MICHAEL S. REGAN, in his official capacity as Administrator of the United States Environmental Protection Agency; and the UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,<br><br>        Defendants. | Case No. 3:20-cv-00670-WHO<br><br>**EPA'S SECOND STATUS REPORT: PROPOSED AMENDMENTS TO THE NATIONAL CONTINGENCY PLAN SUBPART J**<br><br>Hearing date: N/A<br>Judge: Hon. William H. Orrick |

Defendant Michael S. Regan, in his official capacity as Administrator of the United States Environmental Protection Agency and the United States Environmental Protection Agency (collectively "EPA") hereby submit the second status report pursuant to the court's order, dated August 9, 2021. Dkt. No. 73. EPA submits the following update on the proposed amendments to Subpart J of the National Oil and Hazardous Substances Pollution Contingency Plan. Since February 2022, EPA:

- Developed responses to public comments the Agency received on the proposed rule.
- Continued to engage with the rulemaking workgroup established for this final action under the EPA's Action Development Process, including internal review of draft responses to comments.
- Consulted with National Response Team interagency partners on the final action requirements.
- Began drafting of the Federal Register notice for the final action, considering the public comments, Agency policy, and interagency feedback.
- Continued work on briefing materials for senior leadership and interagency reviewers, as well as on developing background and regulatory support documents, including the draft Regulatory Impact Analysis.
- Complied with administrative requirements in support of the final regulatory action, including the Spring 2022 update to the OMB Unified Agenda and Regulatory Plan.

In the next 180 days, EPA expects to:

- Continue following EPA's Action Development Process.
- Continue developing the supporting regulatory documents (e.g., Regulatory Impact Analysis), and the Federal Register notice.
- Continue engaging with the rulemaking workgroup for review and comments on the draft responses to comments, the Federal Register notice, and the supporting regulatory documents.
- Continue consultations with National Response Team interagency partners on final action development.

EPA's Second Status Report:<br>
Proposed Amendments<br>
to the NCP Subpart J<br>
Case No. 3:20-cv-00670-WHO

Respectfully submitted:

Dated: July 29, 2022

TODD KIM
Assistant Attorney General

  /S/ *Mark A. Rigau*
MARK A. RIGAU (CA Bar No. 223610)
MARTHA C. MANN (FL Bar Number 155950)
Environmental Defense Section
Environment and Natural Resources Division
United States Department of Justice
450 Golden Gate Avenue
Suite 07-6714
San Francisco, California 94102
Tel: (415) 744-6487 (Rigau)
Fax: (415) 552-7005
E-mail: mark.rigau@usdoj.gov
        martha.mann@usdoj.gov