TODD KIM
Assistant Attorney General
MARK A. RIGAU (CA Bar Number 223610)
MARTHA C. MANN (FL Bar Number 155950)
Environmental Defense Section
Environment and Natural Resources Division
United States Department of Justice
450 Golden Gate Avenue
Suite 07- 6714
San Francisco, California 94102
Tel: (415) 744-6487 (Rigau)
Fax: (415) 552-7005
E-mail: mark.rigau@usdoj.gov
        martha.mann@usdoj.gov

*Counsel for Defendants*

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALERT PROJECT/EARTH ISLAND INSTITUTE; ALASKA COMMUNITY ACTION ON TOXICS; COOK INLETKEEPER; CENTER FOR BIOLOGICAL DIVERSITY; ROSEMARY AHTUANGARUAK; AND KINDRA ARNESEN,<br><br>    Plaintiffs,<br><br>v.<br><br>MICHAEL S. REGAN, in his official capacity as Administrator of the United States Environmental Protection Agency; and the UNITED STATES ENVIRONMENTAL PROTECTION AGENCY,<br><br>    Defendants. | Case No. 3:20-cv-00670-WHO<br><br>**EPA'S THIRD STATUS REPORT: PROPOSED AMENDMENTS TO THE NATIONAL CONTINGENCY PLAN SUBPART J**<br><br>Hearing date: N/A<br>Judge: Hon. William H. Orrick |

Defendant Michael S. Regan, in his official capacity as Administrator of the United States Environmental Protection Agency and the United States Environmental Protection Agency (collectively "EPA") hereby submit the third status report pursuant to the court's order, dated August 9, 2021. Dkt. No. 73. EPA submits the following update on the proposed amendments to Subpart J of the National Oil and Hazardous Substances Pollution Contingency Plan. Since August 2022, EPA:

- Drafted responses to public comments the Agency received on the proposed rule.
- Continued to engage with the rulemaking workgroup established for this final action, including internal review of draft responses to comments.
- Continued to consult with National Response Team interagency partners on the final action.
- Drafted the Federal Register notice for the final action, including the supporting Regulatory Impact Analysis, considering the public comments, Agency policy, and interagency feedback.
- Developed briefing materials for workgroup members to brief senior leadership on the final action.
- Completed the Final Agency Review (FAR) step of the EPA Action Development Process through engagement with the rulemaking workgroup

In the next 180 days, EPA expects to:

- Finalize the draft Federal Register notice, draft Regulatory Impact Analysis, and supporting draft Responses to Comments documents.
- Submit final action to the Office of Management and Budget (OMB) for review and approval pursuant to Executive Order 12777 for interagency review pursuant to Executive Order 12866.
- Complete OMB review process and finalize the action.

At this time, EPA is on course to meet the May 31, 2023 deadline.

Respectfully submitted:

Dated: January 30, 2023

TODD KIM
Assistant Attorney General

__/S/_Mark A. Rigau__
MARK A. RIGAU (CA Bar No. 223610)
MARTHA C. MANN (FL Bar Number 155950)

EPA's Third Status Report:
Proposed Amendments
to the NCP Subpart J
Case No. 3:20-cv-00670-WHO

Environmental Defense Section
Environment and Natural Resources Division
United States Department of Justice
450 Golden Gate Avenue
Suite 07-6714
San Francisco, California 94102
Tel: (415) 744-6487 (Rigau)
Fax: (415) 552-7005
E-mail: mark.rigau@usdoj.gov
       martha.mann@usdoj.gov